COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-14-00809-CR

Style:        Rodys Sanchez v. State of Texas

Date motions filed[*]:    January 12, 2015

Type of motions:    Motion to Withdraw as Counsel for Appellant

Parties filing motions:    Appellant's Counsel Kelly Ann Smith

Document to be filed:    N/A

Is appeal accelerated?    No

Ordered that motions are:

    ☑ Granted

        If document is to be filed, document due:  N/A

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    On November 13, 2014, in directing the Clerk of this Court to note Cory Roth's appearance as new lead counsel for appellant, this Court noted that if counsel Kelly Smith requested withdrawal, she must file a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5(d), which she has.  Accordingly, the Clerk of this Court is directed to remove Kelly Smith as attorney for appellant.

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually    ☐ Acting for the Court

Date:  January 22, 2015